**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE WEISS,<br><br>         Plaintiff,<br><br>    v.<br><br>VIDYO, INC., ASHISH GUPTA, and DOES 1 through 10,<br><br>         Defendants. | No. C 12-2391 MMC<br><br>**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION WHETHER CASES ARE RELATED; AND, IF THE CASES ARE DEEMED NOT RELATED, TO RESET BRIEFING SCHEDULE** |

Before the Court is defendants' "Motion for Clarification Whether Cases are Related; and, if the Cases are Deemed Not Related, to Reset Briefing Schedule," filed June 18, 2012. Plaintiff has filed opposition thereto. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

Given the procedural history of the above-titled action, the Court finds good cause has been shown to modify the briefing schedules on pending motions as set forth below:[1]

1. The deadline for filing defendants' opposition to plaintiff's Motion to Remand is hereby EXTENDED to June 20, 2012, and the deadline for filing plaintiff's reply is hereby EXTENDED to June 29, 2012; the hearing on the motion remains as scheduled on July 13,

---

[1] In light of Magistrate Judge Cousins' recent order vacating his order relating the above-titled action to Case No. 11-5663, defendants' request for clarification is hereby DENIED as moot.

2012.

2. The deadline for filing defendants' reply in support of defendants' Motion to Dismiss and to Compel Arbitration is hereby EXTENDED to June 20, 2012, and the hearing on said motion is CONTINUED to July 27, 2012.

**IT IS SO ORDERED.**

Dated:  June 21, 2012

MAXINE M. CHESNEY
United States District Judge