Littler Mendelson, P.C.
MICHAEL G. PEDHIRNEY, Bar No. 233164
mpedhirney@littler.com
JOHN C. POST, Bar No. 233236
jpost@littler.com
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
VIDYO, INC., and ASHISH GUPTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE WEISS,<br><br>    Plaintiff,<br><br>v.<br><br>VIDYO, INC., ASHISH GUPTA, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:12-cv-02391-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATES

Case No. 3:12-cv-02391-MMC

Plaintiff Julie Weiss ("Plaintiff") and Defendants Vidyo, Inc., and Ashish Gupta ("Defendants"), by and through their respective counsel of record, hereby agree and stipulate as follows:

**WHEREAS**, Defendants filed an Administrative Motion (DKT#9) on May 16, 2012, to relate this case (3:12-CV-02391-MMC) with Plaintiff's previously filed and removed case against Defendant Vidyo, Inc. (Case No. 3:11-CV-05663 NC).

**WHEREAS**, Defendants filed a Motion to Compel (DKT#16) on May 18, 2012, and noticed it for hearing on July 13, 2012.

**WHEREAS**, Plaintiff filed a Motion to Remand (DKT#19) on May 22, 2012, and also noticed it for hearing on July 13, 2012.

**WHEREAS**, on June 1, 2012, the Court issued an Order (DKT#15) transferring this case (3:12-cv-02391-MMC) to Magistrate Judge Cousins and vacating the hearing dates for both hearings.

**WHEREAS**, on June 21, 2012, the Court issued an Order (DKT#25) vacating the previous Order (DKT#15), extending the Parties' deadlines to respond, re-setting the hearing on Plaintiff's Motion to Remand for July 13, 2012, and continuing the hearing date for Defendants' Motion to Compel Arbitration to July 27, 2012.

**WHEREAS**, because the Court's Order (DKT#15) of June 1, 2012, vacated the hearing dates on July 13, 2012, the Parties are no longer available for hearing on that date.

**WHEREAS**, the Parties are also not available for a hearing on July 27, 2012.

**WHEREAS**, the Parties wish to continue the hearing dates for both hearings to dates mutually agreeable to the Parties and the Court.

**NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the Parties through their respective attorneys of record and subject to the approval of the Court, that the Motion to Remand, currently set for July 13, 2012, is hereby continued to July 20, 2012, or a date soon thereafter as determined by the Court's calendar, and the Motion to Compel Arbitration, currently set for July 27, 2012, is hereby continued to August 3, 2012, or a date soon thereafter as determined by the Court's calendar.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES    1.    Case No. 3:12-cv-02391-MMC

1  IT IS SO STIPULATED.

Dated: June 25, 2012

MARQUEZ & ASSOCIATES

By: _____
Francisco X. Márquez, Esq.
Attorneys for Plaintiff Julie Weiss

Dated: June 25, 2012

LITTLER MENDELSON, PC

By: _____
Michael G. Pedhirney, Esq
Attorneys for Defendants
Vidyo, Inc., and Ashish Gupta

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES   2.   Case No. 3:12-cv-02391-MMC

# [~~PROPOSED~~] ORDER

UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:

Plaintiff's Motion to Remand is continued to ___August 3___, 2012, and Defendants' Motion to Compel Arbitration is continued to ___August 17___, 2012.

**IT IS SO ORDERED.**

Dated: ___June 27___, ___, 2012

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:112684484.1 067089.1002

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES   3.   Case No. 3:12-cv-02391-MMC